1  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
2  Allison W. Buchner (S.B.N. 253102)
   allison.buchner@kirkland.com
3  Kirkland & Ellis LLP
   333 South Hope Street
4  Los Angeles, California 90071
   Telephone:    (213) 680-8400
5  Facsimile:    (213) 680-8500

6  Attorneys for Defendant
   FGF BRANDS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | ATORIA'S BAKING COMPANY, d/b/a as              ) CASE NO. CV-13-00805 TO Y
   | WHEAT VALLEY BAKERY,                          )
12 | a California corporation,                     )
   |                                               ) **[] ORDER GRANTING**
13 |                 Plaintiff,                    ) **EXTENSION OF TIME FOR**
   |          vs.                                  ) **DEFENDANT TO RESPOND TO**
14 |                                               ) **COMPLAINT**
   |                                               )
15 | FGF BRANDS, INC,                              )
   | a Delaware corporation,                       ) The Honorable Ronald M. Whyte
16 |                                               )
   |                 Defendant.                    ) Complaint Filed:  February 22, 2013
                                                   )

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the Court orders as follows:

Defendant FGF Brands, Inc. shall have until June 7, 2013 to answer, move or otherwise respond to Plaintiff Atoria's Baking Company d/b/a Wheat Valley Bakery's complaint.

**IT IS SO ORDERED.**

DATED: _____, 2013

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

-2-

[] ORDER GRANTING EXTENSION                                  CASE NO: CV-13-00805 HRL