1  Dale Cendali (N.Y. S.B.N. 1969070, *admitted for all purposes*)
   dale.cendali@kirkland.com
2  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
3  Allison W. Buchner (S.B.N. 253102)
   allison.buchner@kirkland.com
4  Kirkland & Ellis LLP
   333 South Hope Street
5  Los Angeles, California  90071
   Telephone:    (213) 680-8400
6  Facsimile:     (213) 680-8500

7  Attorneys for Defendant
   FGF BRANDS, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                           **SAN JOSE DIVISION**

12 ATORIA'S BAKING COMPANY, d/b/a as      ) CASE NO. CV-13-00805 HRL
   WHEAT VALLEY BAKERY,                   )
13 a California corporation,              )
                                          ) **[] ORDER GRANTING**
14          Plaintiff,                    ) **EXTENSION OF TIME FOR**
       vs.                                ) **DEFENDANT TO RESPOND TO**
15                                        ) **COMPLAINT**
                                          )
16 FGF BRANDS, INC,                       )
   a Delaware corporation,                ) The Honorable Howard R. Lloyd
17                                        )
            Defendant.                    ) Complaint Filed:  February 22, 2013
                                          )
18

---

ORDER GRANTING EXTENSION                                       CASE NO: CV-13-00805 HRL

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Court orders as follows:

Defendant FGF Brands, Inc. shall have until August 2, 2013 to answer, move or otherwise respond to Plaintiff Atoria's Baking Company d/b/a Wheat Valley Bakery's complaint.

**IT IS SO ORDERED.**

DATED: _____, 2013

*Ronald M. Whyte*
The Honorable Ronald M. Whyte